# Exhibit C



**DEPARTMENT OF WAR**
**OFFICE OF THE SECRETARY OF WAR/JOINT STAFF**
**FREEDOM OF INFORMATION**
**1155 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1155**

Ref: 26-F-2630
June 30, 2026

Mr. James Dale

New York, NY 10010

Dear Mr. Dale:

This is an interim response to your June 26, 2026 Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience. The Office of the Secretary of War/Joint Staff (OSW/JS) FOIA Requester Service Center received your request on June 29, 2026, and assigned it FOIA case number 26-F-2630. We ask that you use this number when referring to your request.

Although we have already begun processing your request, we will not be able to respond within the FOIA's 20-day statutory time period as there are unusual circumstances which impact our ability to quickly process your request. The FOIA defines unusual circumstances as (a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other agencies or DoW components having a substantial interest in either the determination or the subject matter of the records. At least one, if not more of these scenarios applies or would likely apply to your request. While this office handles FOIA requests for OSW, JS, and other component offices, we do not actually hold their records and our office is not geographically located with these organizations. As we do not hold the records, until the required record searches are complete, we are unable to estimate the potential volume of records or the number of consultations that will be required to make a release determination.

Expedited processing may be granted when the requester demonstrates a compelling need for the information and shows that the information has a particular value that would be lost if not processed on an expedited basis. A key word here is "demonstrates." Therefore, it is incumbent upon you to demonstrate that the requested records will serve an urgency purpose and that they will also be meaningful in the sense that they will provide a greater understanding of actual or alleged federal government activity on the part of the public-at-large than that which existed before such information was disseminated. Consequently, it must be clearly demonstrated that such information has a particular value that will be lost if not disseminated quickly. After carefully considering your request, this office finds that you have not clearly demonstrated how the information will lose its value if not processed on an expedited basis. For this reason, your request for expedited processing is denied.

Your request has been placed in our complex processing queue and is being worked based on the order in which the request was received. Our current administrative workload is approximately 3,609 open requests.

If you have requested a fee waiver, please note that decisions to waive or reduce fees are made on a case-by-case basis, and we will make a determination concerning your fee waiver request at the conclusion of the search and assessment of responsive records, should they exist.  However, this office will only assess fees if we provide the final response to your FOIA request within the statutory time allotted by the FOIA or if the responsive records total more than 5,000 pages, even after a good faith effort on our part to limit the scope of your request.

In some instances, we have found that requesters who narrow the scope of their requests experience a reduction in the time needed to process their requests.  If you wish to narrow the scope of your request or have questions about the foregoing, please do not hesitate to contact your Action Officer, Aris Indino, at aris.m.indino.ctr@mail.mil or 703-693-6490.  Additionally, if you have concerns about service received by our office, please contact a member of our Leadership Team at 571-372-0498 or Toll Free at 866-574-4970.

Should you wish to inquire about mediation services, you may contact the OSW/JS FOIA Public Liaison, Virginia Burke, by email at osd.mc-alex.oatsd-pclt.mbx.foia-liaison@mail.mil or by phone at 571-372-0462.  You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration.  The contact information for OGIS is as follows:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road-OGIS
> College Park, MD 20740
> E-mail: ogis@nara.gov
> Telephone: 202-741-5770
> Fax: 202-741-5769
> Toll-free: 1-877-684-6448

You have the right to appeal to the appellate authority, Mr. Michael Kremlacek, Acting Director of Oversight and Compliance, Office of the Director of Administration and Management, Office of the Secretary of War, at:  4800 Mark Center Drive, ATTN: FOIA Appeals, O&CD, Mailbox #24, Alexandria, VA  22350-1700.  Your appeal must be postmarked within 90 calendar days of the date of this response.  Alternatively, you may email your appeal to osd.foia-appeal@mail.mil.  If you use email, please include the words "FOIA Appeal" in the subject of the email.  Please also reference FOIA case number 26-F-2630 in any appeal correspondence.

We regret the delay in responding to your request and appreciate your patience.  As previously stated, please contact the Action Officer assigned to your request, Aris Indino, and reference FOIA case number 26-F-2630, if you have any questions or concerns.

Sincerely,

*Madalyn Harper*
*for*

Pamela Andrews
Chief, FOIA

Enclosure:
As stated