IH-32

Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

James Dale

| Plaintiff | Case Number |
|---|---|
| vs. | 26-CV-6617 |
| Department of Defense | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

James Dale

| Plaintiff | Case Number |
|---|---|
| vs. | 26-CV-5367-RA |
| Department of Defense | |
| Defendant | |

IH-32                                                                                        Rev: 2014-1

Status of Earlier Filed Case:

☐   Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary
                  dismissal, settlement, court decision.  Also, state whether there is an appeal
                  pending.)

☑   Open          (If so, set forth procedural status and summarize any court rulings.)

Plaintiff filed the first action (26-CV-5367) on June 25, 2026, seeking disclosure of a signed Memorandum of Understanding between the Department of Defense and Scouting America under FOIA.  In response, Defendant disclosed the Memorandum to Plaintiff on July 16, 2026.  On July 28, Defendant appeared.  On July 30, 2026, the Court granted Defendant's consent motion to extend the answer deadline through August 31, 2026, in order to give the parties time to meet and confer over the matter of Plaintiff's entitlement to attorney's fees.  The initial conference has been adjourned to September 4, 2026, at 10:30 a.m

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The two actions involve the same plaintiff, the same defendant, the same February 2026 Memorandum of Understanding between the Department of Defense and Scouting America, and the same underlying course of agency conduct.  The first action sought the Memorandum itself.  This second action seeks records showing how that same Memorandum is being implemented, including Scouting America's submissions, the Department's monitoring and assessments, related public communications, decisions concerning federal support, and the treatment and release of implementation records.

Signature: _____        Date: 08/03/2026
                                                           _____
                  Isaac Park
                  NY Bar No. 5708482
Firm:      _____