**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAMES DALE,

  *Plaintiff*,

    v.

DEPARTMENT OF DEFENSE,

  *Defendant*.

Case No. 26-CV-6617

**DECLARATION OF SERVICE**

I, Isaac Park, declare under penalty of perjury:

1. I am counsel for Plaintiff James Dale.  I have personal knowledge of the facts stated in this declaration.

2. On August 4, 2026, the Clerk issued a summons directed to Defendant Department of Defense.  *See* ECF No. 5.

3. On August 6, 2026, I assembled three sets of materials to be served.  Each set contained a true and correct copy of the summons (ECF No. 5) and the complaint (ECF No. 1), with exhibits.

4. On August 7, 2026, I caused one set of materials to be delivered by a process server to the United States Attorney's Office for the Southern District of New York.  A true and correct copy of the process server's signed proof of service is attached as Exhibit A.

5. On August 6, 2026, I personally mailed the second set of materials by USPS certified mail to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.  The USPS tracking number for this mailing is 9589071052703695631266.

1

6. On August 6, 2026, I personally mailed the third set of materials by USPS certified mail to Defendant Department of Defense, c/o Office of General Counsel, 1600 Defense Pentagon, Washington, DC 20301-1600.   The USPS tracking number for this mailing is 9589071052703695631259.

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed on:   August 7, 2026                    Respectfully submitted,
               New York, NY

                                                       /s/ Isaac Park
                                                 Isaac Park (NY Bar No. 5708482)
                                                 Law Offices of Isaac Park, PLLC
                                                 767 Broadway #1752
                                                 New York, NY 10003
                                                 Phone: (646) 402-5902
                                                 isaac@parklaw.org

                                                 *Counsel for Plaintiff*