AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:26-CV-06617-UA**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **United States Attorney's Office, Southern District of New York**
was received by me on  **8/06/2026:**

☐ I personally served the **Complaint; Summons; EXHIBITS** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Civil Process Clerk**, who is designated by law to accept service of process on behalf of **United States Attorney's Office, Southern District of New York** at **86 Chambers St Fl 3, New York, NY 10007-2632** on **08/07/2026 at 1:22 PM**; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 147.00** for services, for a total of **$ 147.00**.

I declare under penalty of perjury that this information is true.

Date:   08/07/2026

_____
*Server's signature*

**Bernard Iwuanyanwu**
*Printed name and title*

**451 Clove Rd**
**Monroe, NY 10950**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; EXHIBITS,  to Civil Process Clerk with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 55-65 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**




Tracking #: **0236081975**