**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAMES DALE,<br><br>  *Plaintiff*,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE,<br><br>  *Defendant*. | Case No. 26-CV-6617 (RA)<br><br>**DECLARATION OF SERVICE** |

I, Isaac Park, declare under penalty of perjury:

1. I am counsel for Plaintiff James Dale.  I have personal knowledge of the facts stated in this declaration.

2. On August 7, 2026, the Court entered an Order and Notice of Initial Conference, ECF No. 7, which directed Plaintiff to serve Defendant with a copy.

3. On August 10, 2026, I emailed a true and correct copy of the Order and Notice to Assistant United States Attorney Jacob Lillywhite and asked him to confirm that he was authorized to accept service on behalf of Defendant.  Mr. Lillywhite confirmed that he was assigned to the matter and that he was accepting service by email on behalf of Defendant.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: August 11, 2026
   New York, NY

Respectfully submitted,

   /s/ Isaac Park
Isaac Park (NY Bar No. 5708482)
Law Offices of Isaac Park, PLLC
767 Broadway #1752
New York, NY 10003
Phone: (646) 402-5902
isaac@parklaw.org

*Counsel for Plaintiff*