AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

JAMES DALE
*Plaintiff*
v.
DEPARTMENT OF DEFENSE
*Defendant*

Case No. 26 Civ. 6617 (RA)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Department of Defense .

Date: 08/28/2026

/s/ Jacob Lillywhite
*Attorney's signature*

Jacob Lillywhite
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, NY 10007
*Address*

Jacob.Lillywhite@usdoj.gov
*E-mail address*

(212) 637-2639
*Telephone number*

(212) 637-2750
*FAX number*