**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 28, 2026

**<u>By ECF</u>**
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Street
New York, NY 10007

Re: *Dale v. Department of Defense*, 26 Civ. 6617 (RA)
(related to *Dale v. Department of Defense*, No. 26 Civ. 5367 (RA))

Dear Judge Abrams:

This Office represents the United States Department of Defense (the "Department" or the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). I write on behalf of the parties to submit this joint letter, as required by the Court's Order of August 7, 2026 (Dkt. No. 7).

Plaintiff filed the instant action in connection with a FOIA request he submitted on June 26, 2026, to the Department seeking certain documents related to the February 24, 2026, memorandum of understanding between the Department and Scouting America. In particular, Plaintiff seeks submissions by Scouting America under the memorandum; documents concerning the agency's views on Scouting America's compliance with the memorandum; documents relating to the Department's statements to the public and to Congress concerning the memorandum; documents related to logistical support requested by or provided to Scouting America; and any documents (if they exist) concerning treating the memorandum or Scouting America's submissions under the memorandum as confidential.

The Government has begun searching for documents potentially responsive to Plaintiff's requests but has not yet completed those searches, and accordingly has not yet begun processing search returns, made any productions, or claimed any exemptions from production.[1]

The parties have met and conferred about a schedule and jointly propose as follows. The Government expects to complete its searches for documents potentially responsive to Plaintiff's requests by October 5, 2026. Once the parties know the volume of documents potentially responsive to each category, Plaintiff will advise whether he would like to narrow some of those searches. Once the volume of potentially responsive documents is known, the parties will meet and confer regarding a processing rate and production schedule. The parties propose that they be

[1] In the related action referenced above, Plaintiff filed another FOIA action on June 25, 2026, seeking the memorandum of understanding itself. The Department produced the memorandum, with minimal redactions, on July 16, 2026.

ordered to submit joint status reports to the Court every two months, beginning October 28, 2026, to advise of their progress.

Given the parties' agreement on these issues, the parties propose that the initial status conference scheduled for September 4, 2026, be adjourned *sine die*.

The parties thank the Court for its consideration of this submission.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *\/s/ Jacob Lillywhite*
JACOB LILLYWHITE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2639
jacob.lillywhite@usdoj.gov

cc: Isaac Park, Esq.
*Counsel for Plaintiff*
(by ECF)