**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 28, 2026

**By ECF**
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Street
New York, NY 10007

Re: *Dale v. Department of Defense*, 26 Civ. 6617 (RA)

Dear Judge Abrams:

This Office represents the United States Department of Defense (the "Department" or the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). I write on behalf of the parties to submit this joint status report, as required by the Court's memorandum endorsement of August 28, 2026 (Dkt. No. 13).

Plaintiff filed the instant action in connection with a FOIA request he submitted on June 26, 2026, to the Department seeking certain documents related to the February 24, 2026, memorandum of understanding between the Department and Scouting America. In particular, Plaintiff seeks submissions by Scouting America under the memorandum; documents concerning the agency's views on Scouting America's compliance with the memorandum; documents relating to the Department's statements to the public and to Congress concerning the memorandum; documents related to logistical support requested by or provided to Scouting America; and any documents (if they exist) concerning treating the memorandum or Scouting America's submissions under the memorandum as confidential.

Since the parties' last joint letter, the Government has conducted searches for documents potentially responsive to Plaintiff's requests and identified documents totaling approximately 5,500 pages. The parties have met and conferred about next steps and jointly propose as follows.

The Government is now attempting to narrow this set of documents and expects to complete those efforts by November 6, 2026. The Government will then advise Plaintiff of the numbers of pages of potentially responsive documents remaining, and the parties will meet and confer regarding a processing rate and production schedule. The parties will submit their next joint status report by December 28, 2026.

The parties thank the Court for its consideration of this submission.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *_/s/ Jacob Lillywhite_*
JACOB LILLYWHITE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2639
jacob.lillywhite@usdoj.gov

cc: Isaac Park, Esq.
*Counsel for Plaintiff*
(by ECF)